UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00168-CRS

JAMES L.                                                                                         PLAINTIFF

v.

FRANK BISIGNANO,                                                                        DEFENDANT
*Commissioner of Social Security*[1]

### ORDER

The magistrate judge has filed her Report and Recommendation (DN 13); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 13) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date reversing the final decision of the Commissioner and remanding this matter pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

November 19, 2025

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. He is automatically substituted as the named defendant pursuant to Fed. R. Civ. P. 25(d).